AO 440 (Rev. 06/12) Summons in a Civil Action

| | |
|---|---|
| BERNIE LAWRENCE-WATKINS<br>B. Lawrence Watkins & Associates, P.C.<br>325 Edgewood Avenue, SE, Suite 200<br>Atlanta, GA 30312<br>Telephone: (404) 593-2077<br>Fax: (404)223-2398<br>Email: bernie@blwapc.com | |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RENAISSANCE COUNSELING SERVICES, LLC<br><br>  Plaintiff<br><br>v.<br><br>THE RENAISSANCE GROUP FAMILY AND CHILDREN CENTER, INC.<br><br>  Defendant. | CIVIL ACTION NUMBER:<br><br><br>SUMMONS |

To:     The Renaissance Group Family and Children Center, Inc.
        3915 Cascade Road, Suite 350
        Atlanta, Georgia 30331

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Bernie Lawrence-Watkins, Esq.
        B. Lawrence Watkins & Associates, P.C.
        325 Edgewood Avenue SE, Suite 200
        Atlanta, Georgia 30312

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

Date:      12/28/2016

                                                    _____s/Stephanie Wilson-Bynum_____
                                                    Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Renaissance Group Family & Children Center, Inc.
was received by me on *(date)*                    .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: